**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 313 MAL 2021

                Respondent    :

                             :   Petition for Allowance of Appeal

                             :   from the Order of the Superior Court

            v.                   :

                             :

NASEER J. JOHNSON,              :

                             :

                Petitioner      :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 7th day of September, 2022, the Petition for Allowance of Appeal is **DENIED**.